Lillian M. Martin, appellee, v. Amanda K. Strubel et al., appellants. Gen. No. 38,560.

Opinion filed June 22, 1936. Rehearing denied July 6, 1936.

Charles P. R. Macaulay, for appellants; Gerald Turnbull and E. H. Kubitz, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

The Live Stock National Bank of Chicago, administrator of the estate of James J. Drymiller, deceased, appellee, v. Albert Hilberg et al., on appeal of Albert Hilberg, appellant. Gen. No. 38,485.

Opinion filed June 22, 1936. Rehearing denied July 6, 1936.

John A. Bloomingston, for appellant. Alfred Roy Hulbert, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Isabelle Barger, appellee, v. National Paint and Wall Paper Company, appellant. Gen. No. 38,540.

Opinion filed June 22, 1936. Rehearing denied July 6, 1936.

Miller, Gorham, Wales & Adams, for appellant; Edward R. Adams, Herbert C. DeYoung and Charles F. White, of counsel. Altheimer, Mayer, Woods & Smith, for appellee; A. B. Manion, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Mary Schaller, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,626.

Opinion filed June 22, 1936.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. William J. Ryan, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.